Opinion issued February
23, 2012.

 



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00674-CV

____________

 








STEVENSON MANCILLAS, Appellant

 

V.

 

SHELLY MARIE MANCILLAS, Appellee

 

 

On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 2009-68370

 

 



MEMORANDUM OPINION








Appellant
filed a notice of appeal from an order of dismissal in a divorce case.  His notice did not contain a certificate of
service, an acknowledgment of service by the party served, or other proof that
a copy of the notice of appeal was served on the other party to the
judgment.  See Tex. R. App. P.
9.5(d), 25.1(e). 

On October
19, 2011, we notified appellant that his appeal was subject to dismissal
unless, by October 27, 2011, he provided proof of service on all parties.   See id. 9.5(d), 42.3(c); Pena v. McDowell, 201 S.W.3d 665, 667
(Tex. 2006) (stating that failure to show proof of service of notice of appeal
on all parties is proper grounds for dismissal under Texas Rule of Appellate
Procedure 9.5(d)).  Appellant failed to
respond.

Accordingly,
we dismiss the appeal for failure to comply with a requirement of the Texas
Rules of Appellate Procedure. See Tex. R. App. P. 9.5(d), 42.3(c), 43.2(f).  We dismiss any other pending motions as moot.  

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Higley and Brown.